NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3201

ANGEL B. DELOS REYES, JR.,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board
in SF0831080721-I-1.

ON MOTION

## O R D E R

Angel B. Delos Reyes, Jr. having submitted a Fed. Cir. R. 15(c) statement concerning discrimination, and the court having granted the petitioner's motion for leave to proceed in forma pauperis,

IT IS ORDERED THAT:

The court's June 30, 2009 order dismissing this petition for review will be vacated, the mandate will be recalled, and the petition for review will be reinstated, if the petitioner files a completed informal brief (form enclosed) within 45 days of the date of filing of this order.

FOR THE COURT

AUG 13 2009
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 13 2009

JAN HORBALY
CLERK

cc:    Angel B. Delos Reyes, Jr.
       Russell A. Shultis, Esq.

s8